UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR08-295-JCC |
| v. | |
| GINO AUGUSTUS TURRELLA, | DETENTION ORDER |
| Defendant. | |

Offense charged:

Threat by instrument of interstate commerce and identity theft.

Date of Detention Hearing: August 29, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has been charged by indictment with 8 counts of threat by instrument of interstate commerce and 7 counts of identity theft. The court received no information regarding defendant's history, residence, family ties, employment history, financial resources, or health.

DETENTION ORDER -1

(2) The government proffered that defendant has a history of making threats and that defendant's conduct is escalating. The government proffered that defendant made 8 separate threats to kill or detonate explosives using a false identity. When he was arrested, law enforcement confiscated 100 firearms ranging from small pistols to a 50 caliber rifle. Without agreeing to these facts, defendant, through his attorney, stipulated to detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of August, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge